# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

130984

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS SKOWRONSKI, as Next Friend of
BRODERICK SKOWRONSKI, Minor,
      Plaintiff-Appellant,

v

      SC: 130984
      COA: 257538
      Grand Traverse CC: 00-021015-NH

MUNSON MEDICAL CENTER, RENEE
JACOBSON, RN, GRAND TRAVERSE
OBSTETRICS & GYNECOLOGY, PC, and
DR. LAURA DANZ,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

p1025